UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-cv-22995-LOUIS

PAYCARGO, LLC,

    Plaintiff,

vs

CARGOSPRINT LLC, and
JOSHUA WOLF, an individual

    Defendants.
_____/

**PAYCARGO'S UNOPPOSED MOTION FOR EXTENSION OF TIME FOR THE PARTIES TO SUBMIT SUPPLEMENTAL PREJUDGMENT INTEREST MEMORANDA AND FOR PAYCARGO TO SUBMIT ITS SUPPLEMENTAL MEMORANDUM ON REASONABLE ATTORNEYS' FEES**

Plaintiff PayCargo, LLC ("PayCargo") respectfully moves the Court for a 30-day extension of time until November 30, 2022, for the Parties to submit their supplemental memoranda on prejudgment interest and a 4-day extension of time until November 4, 2022, for PayCargo to file its supplemental memorandum for reasonable attorneys' fees and Defendants until November 18, 2022, to file their response. In support PayCargo states as follows:

On September 30, 2022, the Court issued its Findings of Facts and Conclusions of Law in this case, providing: (1) PayCargo 30 days to file its supplemental memorandum on attorneys' fees, attaching documentation in support of its request and  (2) the Parties 30 days to file their respective memoranda of law in support of their position regarding what interest rate should apply in determining prejudgment interest, including a step-by-step calculation arriving at the interest rate advanced and the date from which interest is to be calculated, rendering all memoranda due by October 31, 2022, and Defendants' response to PayCargo's attorneys' fee memorandum due November 14, 2022. (ECF No. 354 at 20-21.)

Counsel for PayCargo require additional time to meet these deadlines because of their commitment to other urgent pending matters. Specifically, Podhurst Orseck, P.A. is preparing for a trial that commences on October 24, 2022, in the Eleventh Judicial Circuit of Florida before the Honorable William Thomas. Counsel requires additional time to carefully review caselaw calculating prejudgment interest and perform the necessary calculations to file its prejudgment interest memorandum. Similarly, counsel requires additional time to review more than three years of invoices from three law firms to calculate its reasonable fees and recoverable costs incurred in the litigation.

WHEREFORE, PayCargo respectfully requests this Court enter an Order extending the deadline for the Parties to submit their supplemental prejudgment memoranda until November 30, 2022, and for PayCargo to file its supplemental memorandum for attorneys' fees until November 4, 2022, rendering Defendants' response due November 18, 2022.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1, Plaintiff's counsel conferred with Defendants' counsel regarding the relief sought in this motion, and Defendants represented that they did not object.

Dated: October 17, 2022

Respectfully submitted,

PODHURST ORSECK, P.A.
*Counsel for Plaintiff PayCargo, LLC*
SunTrust International Center
One S.E. 3rd Avenue, Suite 2300
Miami, Florida 33131
Telephone: (305) 358-2800
Facsimile:  (305) 358-2382

By  */s/Peter Prieto*
    Peter Prieto (FBN 501492)
    pprieto@podhurst.com
    Matthew Weinshall (FBN 84783)
    mweinshall@podhurst.com
    Alissa Del Riego (FBN 99742)
    adelriego@podhurst.com

EVERSHEDS SUTHERLAND (US) LLP
Ann G. Fort (admitted *pro hac vice*)
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309
Telephone: 404-853-8000
Facsimile: 404-853-8806
Email: annfort@eversheds-sutherland.com

Cameron C. Murphy
Florida Bar No. 0125086
999 Peachtree St. NE, Suite 2300
Atlanta, GA 30309
Telephone: 404-853-8000/
Facsimile: 404-853-8806
Email: cameronmurphy@eversheds-sutherland.us

XANDER LAW GROUP, P.A.
Wayne R. Atkins
Florida Bar No. 84000
One N.E. 2nd Avenue, Suite 200
Miami, FL 33132
Telephone: 305-767-2001
Facsimile: 855-926-3370
Email: wayne@xanderlaw.com

*Counsel for Plaintiff PayCargo, LLC*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 17, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify the foregoing document is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

By  /s/Peter Prieto
      Peter Prieto