UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:19-cv-22995-LOUIS
CONSENT CASE

PAYCARGO, LLC,

    Plaintiff,

v.

CARGOSPRINT LLC and
JOSHUA WOLF,

    Defendants.
_____ /

## FINAL JUDGMENT

**THIS CAUSE** is before the Court following the entry of the Court's Findings of Fact and Conclusions of Law (ECF No. 354).

Pursuant to Federal Rule of Civil Procedure 58, and upon the stipulation of the Parties, *see* (ECF No. 364), it is **ORDERED AND ADJUDGED** that

**JUDGMENT** is hereby **ENTERED** in favor of Plaintiff PAYCARGO, LLC, and against Defendants CARGOSPRINT LLC and JOSHUA WOLF, in the amount of FIFTEEN MILLION ONE HUNDRED NINETY-ONE THOUSAND TWO HUNDRED SEVENTY-SEVEN DOLLARS AND FIFTY CENTS (**$15,191,277.50**), jointly and severally, said amount consisting of damages in the amount of ELEVEN MILLION FIVE HUNDRED NINETY-ONE THOUSAND TWO HUNDRED SEVENTY-SEVEN DOLLARS AND FIFTY CENTS ($11,591,277.50), attorney's fees in the amount of ONE MILLION SEVEN HUNDRED SIXTY-FIVE THOUSAND EIGHT HUNDRED FIFTEEN DOLLARS ($1,765,815.00), costs in the amount of SIXTY-EIGHT THOUSAND THREE HUNDRED SEVENTY DOLLARS

2

($68,370.00), and prejudgment interest in the amount of ONE MILLION SEVEN HUNDRED SIXTY-FIVE THOUSAND EIGHT HUNDRED FIFTEEN DOLLARS ($1,765,815.00), said sum to accrue interest at the legal rate from the date of entry of this Final Judgment, pursuant to 28 U.S.C. § 1961, for which sum let execution issue.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 15th day of December, 2022.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:    All Counsel of Record